In re Moore.

(No. 76-606—Decided December 15, 1976.)

*Ms. Eugenia Hauber, Mr. Robert B. Newman* and *Ms. Janet R. Eaton,* for appellant.

*Mr. Simon L. Leis, Jr.,* prosecuting attorney, and *Mr. James W. Harper,* for appellee Melvin G. Rueger, Judge.

*Mr. John Cruze,* United States attorney, for appellee Veterans Administration Hospital.

*Per Curiam.* Following appellant's escape, he was discharged from the rolls of the hospital where he had been *temporarily committed.* The Court of Appeals was correct, therefore, in dismissing appellant's amended petition for a writ of habeas corpus, on the ground of mootness, because appellant was voluntarily absent from the hospital from which he sought release.*

Moreover, there is nothing in the record to support appellant's allegation of a claimed denial of effective assistance of counsel. *In re Larkins* (1976), 48 Ohio St. 2d 21.

Accordingly, the judgment of the Court of Appeals dismissing appellant's amended petition for a writ of habeas corpus is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.

---

*Following the Court of Appeals' dismissal of appellant's amended petition for a writ of habeas corpus, appellant was ordered temporarily hospitalized in the Cincinnati veterans hospital after a finding by the court that there was probable cause to believe that he was mentally ill. That commitment is not, however, before his court.